01129-222337(JDB)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **PHILLIP KEMPER,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **1:22-CV-02689-STA-jay** |
| **CITY OF JACKSON, TENNESSEE,** ) | |
| **JULIAN WISER, INDIVIDUALLY and IN** ) | |
| **HIS OFFICIAL CAPACITY AS CHIEF OF** ) | |
| **POLICE OF JACKSON, TENNESSEE and** ) | |
| **SCOTT CONGER, INDIVIDUALLY and IN** ) | |
| **HIS OFFICIAL CAPACITY AS MAYOR** ) | |
| **OF JACKSON, TENNESSEE** ) | |
| ) | |
|    **Defendants.** ) | |

## DEFENDANTS JOINT MOTION FOR JUDGMENT ON THE PLEADINGS

Based on Rule 12(c) of the Federal Rules of Civil Procedure, Defendants City of Jackson, Tennessee, Julian Wiser, individually and in his official capacity as Chief of Police of Jackson, Tennessee, and Scott Conger, individually and in his official capacity as Mayor of Jackson, Tennessee (collectively "Defendants"), move for a judgment on the pleadings to dismiss Plaintiff's claims against Defendants because Plaintiff failed to state a claim upon which relief can be granted. In support of this motion, Defendants rely upon the supporting memorandum filed contemporaneously herewith.

Respectfully submitted,

1

01129-222337(JDB)

                      RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:   s/ John D. Burleson
      JOHN D. BURLESON, BPR NO. 010400
      MATTHEW R. COURTNER, BPR NO. 029113
      *Attorney for Defendants City of Jackson, Julian Wiser, in his official capacity only, and Mayor Conger in his official and individual capacity*
      209 East Main Street
      P. O. Box 1147
      Jackson, TN 38302-1147
      (731) 423-2414
      jburleson@raineykizer.com
      mcourtner@raineykizer.com


FLIPPIN COLLINS & HILL, PLLC

By:   s/ Michael Hill with permission
      MICHAEL HILL, BPR NO. 017409
      *Attorney for Defendant Julian Wiser, in his individual capacity*
      P.O. Box 679
      1066 S. Main Street
      Milan, TN 38358-0679
      (731) 686-8355
      mh_fch@bellsouth.net

**CERTIFICATE OF SERVICE**

01129-222337(JDB)

I hereby certify that on this the 10th day of August, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report, including the party below. All other parties will be served by facsimile, e-mail, or regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| | |
|---|---|
| Clyde W. Keenan<br>Keenan Law & Consulting<br>6465 N. Quail Hollow, #200<br>Memphis, Tennessee 38120<br>*Attorney for Plaintiff* | Michael Hill<br>Flippin Collins & Hill, PLLC<br>P.O. Box 679<br>1066 S. Main Street<br>Milan, Tennessee 38358<br>*Attorney for Defendant Julian Wiser in his individual* |

                    _____s/ John D. Burleson_____