IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| NAME OF PLAINTIFF | ) | |
| | ) | |
| PHILLIP KEMPER | ) | |
| | ) | |
| | ) | CIVIL ACTION NO. |
| | ) | 1:22-CV-02689-STA-jay |
| NAME OF DEFENDANT | ) | |
| | ) | |
| CITY OF JACKSON, TENNESSEE, | ) | |
| JULIAN WISER, INDIVIDUALLY | ) | |
| and IN HIS OFFICIAL CAPACITY | | |
| AS CHIEF OF POLICE OF | | |
| JACKSON, TENNESSEE and SCOTT | | |
| CONGER, INDIVIDUALLY and IN | | |
| HIS OFFICIAL CAPACITY AS | | |
| MAYOR OF JACKSON, TENNESSEE | | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION TO CONTINUE TRIAL**

COMES NOW Plaintiff, Phillip Kemper, by and through counsel, and hereby responds to Defendant's Motion to Continue Trial and moves the Court to deny said Motion. In support thereof Plaintiff, Phillip Kemper, relies upon his supporting memorandum filed contemporaneously herewith.

1

Respectfully submitted,

05370ck/71<hiciv
s/Clyde W. Keenan

_____

Clyde W. Keenan, #5370
KEENAN LAW & CONSULTING
6465 N. Quail Hollow, #200
Memphis, TN  38120
(901) 767-1842

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 7th day of February, 2025 a true and correct copy of the foregoing has been served on the following:

John D. Burleson, BPR No 010400
Matthew R. Courtner, BPR No. 029113
Attorney for Defendant's City of Jackson, Julian Wiser, official capacity
and Mayor Conger
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147

Michael Hill
Flippin Collins & Hill, PLLC
Attorney for Julian Wiser, Individually
P.O. Box 679
1066 S. Main Street
Milan, Tennessee 38358

05370ck/71<hiciv
s/Clyde W. Keenan

_____

Clyde W. Keenan