

**SCOTT CONGER, MAYOR**                           **THOM CORLEY, CHIEF OF POLICE**

January 16, 2025

Interim Chief of Police Phillip Kemper
Medina Police Department
201 Highway 45 E North
PO Box 420
Medina, TN 38355

Chief Kemper,

Congratulations on your recent appointment as Interim Chief of Police for Medina, Tennessee.

As an employee of the Jackson Police Department and the City of Jackson, you are still subject to the rules, regulations and general orders of JPD and the City. As you know, employees of the Jackson Police Department, by policy, cannot be employed in a law enforcement capacity by another law enforcement agency. (See General Order A-245)

Given your new employment as Interim Chief of Police in another jurisdiction, The City will consider this your resignation from the Jackson Police Department and the City of Jackson.

If you have any remaining issued uniforms or equipment to return, or need to retrieve personal items from a Jackson Police Department facility, please contact Deputy Chief Derick Tisdale to make those arrangements. His email is dtisdale@jacksontn.gov and his office number is (731) 425-8405.

I want to wish you good luck in your new position and if the Jackson Police Department can be of service to the Medina Police Department, please reach out to us.

Best regards,

Chief Thom Corley
Jackson Police Department
234 Institute Street
Jackson, TN 38301

Exhibit #1

*234 Institute Street, Jackson, TN 38301     731-425-8400*