# CITY OF JACKSON
# EMPLOYEE HANDBOOK



## "At Your Service"

Published by:

Personnel Department
City of Jackson
127 E. Main Street, Suite 303
Jackson, TN 38301

November 2016

Exhibit #2

# DISCIPLINARY AND GRIEVANCE PROCEDURES

## SOME REASONS FOR DISCIPLINARY ACTION

You are expected to maintain high standards of conduct, cooperation, and efficiency in your work. You should make every effort to avoid behavior and actions which conflict with the rules and regulations of the City of Jackson.

Your Department Head may apply discipline whenever work is unsatisfactory or when you violate policies, procedures or work rules.

In most cases, disciplinary action will begin with discussion and counseling and may continue through termination of employment. Disciplinary action will be documented, and you will receive a copy. A copy will be forwarded to the Human Resources Director.

## PROGRESSIVE DISCIPLINE

Discipline usually follows a progressive pattern unless the offense is of such nature that it is expedient to take other action. Progressive discipline may follow the steps as outlined below:

Step 1. Discussion and counseling.
Step 2. Oral reprimand.
Step 3. Written reprimand.
Step 4. Suspend without pay for up to three (3) days.
Step 5. Recommend termination.

Major offenses normally result in a higher level of discipline, and may not follow the steps in progressive discipline. If the situation warrants, progressive discipline policies and past practices may be bypassed and immediate termination may occur. Here are some examples of behavior for which you may be disciplined:

1. Unsatisfactory job performance.
2. Unsatisfactory attendance/excessive tardiness.
3. Falsification of any work-related document.
4. Misappropriation, destruction, theft, or conversion of City or employee property, or the property of others.
5. Carelessness or negligence causing loss of City, private or public property, and/or failure to report same.
6. Failure to follow reasonable verbal or written instruction.
7. Failure to follow departmental work rules, policies, or procedures.
8. Charge of a felony and/or charge of a misdemeanor involving moral turpitude, or if a jail sentence is imposed.
9. Possession or use of drugs, alcohol, or illegal substances during work hours.
10. Carelessness affecting employee safety or violation of safety rules and practices.
11. Use of City equipment for personal use or gain without authorization.
12. Conduct in the workplace that is not conducive to harmonious relations with fellow employees, or conduct that interferes with their ability to perform efficiently.
13. Behavior that reflects discredit to the Department, the employee or the City.
14. Insubordination.
15. Incompetence.
16. Failure to report accidents or personal injury.
17. Absence from workstation without authorization.
18. Acts of misconduct while on duty.
19. Engaging in horseplay or playing pranks that result in injury either to self or others.
20. Possession of firearms or other weapons on City property.
21. Use of profanity or abusive language.
22. Reporting to work under the influence of alcoholic beverages and/or illegal drugs and/or narcotics.
23. Fighting or assault on a fellow employee.
24. Threatening or intimidating management, supervisors, or fellow workers.
25. Unauthorized sleeping on the job.
26. Failure to wear assigned safety equipment or failure to abide by safety rules and policies.
27. Engaging in any form of sexual harassment.
28. Failure to maintain a **valid** driver's license, if possession of such is a bonafide job requirement.
29. Violation of any of the provisions of the Charter, Ordinances, rules or regulations of the City of Jackson.
30. Failure to cooperate with investigators or authorities during an investigation.
31. Making false and/or misleading statements during an investigation.
32. Failure to submit to physical, psychological and/or drug testing if required or requested.

This list is not all-inclusive, but is published merely for guidelines for the benefit of employees and management.

## ADMINISTRATIVE HEARING

When disciplinary action is being considered where you may be suspended (placed on Administrative Leave) with or without pay or terminated, you are to be given an Administrative Hearing to allow you to present your position. **THIS ADMINISTRATIVE HEARING IN NO WAY CONSTITUTES ANY PROPERTY RIGHTS OR INTERESTS, BUT WILL MERELY ALLOW YOU TO PRESENT YOUR POSITION.**

You may have witness(es) to the infraction or violation noted in the notice to you, at your Administrative Hearing. You and your witness(es) may present your position(s) relative to the policy violation. You may have a legal representative present at the hearing. However, if your legal representative will accompany you, prior notification must be given to the Department Head or Supervisor.

Your legal representative will not be allowed to examine nor cross-examine any witnesses or representatives. He or she may only make a statement at the end of your presentation.