January 22, 2025

Chief Corley,

I have received your letter and would like to respond to the assertions you stated. I have not resigned from the Jackso Police Department, nor do I intend to do so.

I merely accepted an "interim" police position in an effort to fulfill my civic duty by attempting to reasonably mitigate the damages that have been caused to me by being placed on an indefinite suspended status of administrative leave at the Jackson Police Department. I would appreciate the opportunity to return to my previous police officer position at the Jackson Police Department immediately and I would do so without reservation.

As you are aware, being on a "suspended" officer status, I have not been able to attend any law enforcement training or fulfill POST required yearly in-service training in over three years.

By accepting the "interim police chief" position at the Medina Police Department, my intention was only to restore my active police officer certification and achieve the require yearly POST training requirements and standards to allow my police officer certification to be fully restored. Also, by accepting the "interim position", I have attempted to salvage a small part of my executive law enforcement reputation which has been virtually destroyed by being indefinitely suspended from the Jackson Police Department.

As you mentioned and I have confirmed, I only took an "interim position" which is a temporary role and not a permanent position.

Is it the Jackson Police Departments position that I cannot attempt to mitigate damages caused to my professional career by accepting an "interim" police position and if so, when will I be allowed to resume my previous duties at the Jackson Police Department? Please give me guidance on this situation as soon as possible.

Thanks

*[signature]*

Exhibit #3