# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

PHILLIP KEMPER,

     Plaintiff,

v.                                Case No. 1:22-cv-02689-MSN-jay
                                   JURY DEMANDED

CITY OF JACKSON, TENNESSEE, *et al.,*

     Defendants.

---

PHILLIP KEMPER,

v.                                Case No. 1:25-cv-02491-MSN-jay
                                   JURY DEMANDED

CITY OF JACKSON, TENNESSEE, *et al*.,

     Defendants.

---

## NOTICE OF JOINT STIPULATION OF MEDIATOR

---

Come now Plaintiff Phillip Kemper and Defendant City of Jackson, Tennessee, by and through counsel, and provide notice to the court that they have jointly stipulated to use Carl I. Jacobson, attorney with Burch, Porter & Johnson PLLC, for the court-ordered alternative dispute resolution in this matter to be held by October 3, 2025.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:  s/Geoffrey A. Lindley
      JOHN D. BURLESON, BPR NO. 10400
      GEOFFREY A. LINDLEY, BPR NO. 21574
      MATTHEW R. COURTNER, BPR NO. 29113
      *Attorney for Defendants City of Jackson*
      209 East Main Street
      P. O. Box 1147
      Jackson, TN  38302-1147
      (731) 423-2414
      jburleson@raineykizer.com
      glindley@raineykizer.com
      mcourtner@raineykizer.com


KEENAN LAW & CONSULTING

By:  s/Clyde W. Keenan
      CLYDE W. KEENAN, BPR NO. 5370
      *Attorney for Plaintiff Phillip Kemper*
      6465 N. Quail Hollow, #200
      Memphis, Tennessee 38120
      (901) 767-1842
      keenandl@aol.com